UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

MICHAEL EASON,

    Plaintiff,

vs.                                                  Case No.  3:08-cv-935-J-16MCR

CONTRACT CONNECTION, INC., et al.,

    Defendants.
_____/

## **O R D E R**

**THIS CAUSE** is before the Court on Defendants' Amended Motion to Strike Request for Attorneys' Fees (Doc. 14) filed November 13, 2008.  Plaintiff filed a response in opposition to this motion (Doc. 16) on November 28, 2008.  Accordingly, the matter is now ripe for judicial review.

    Plaintiff's Amended Complaint alleges breach of contract and violations of the North Carolina Wage and Hour Act and seeks attorneys' fees.  Defendants claim Plaintiff is seeking the attorneys' fees pursuant to Florida Statute §57.105, which only permits the award of attorneys' fees if the Court finds the losing party or its attorney knew or should have known that a claim or defense was not supported by the material facts necessary to establish the claim or defense or would not be supported by the application of then-existing law to those material facts.  (Doc. 14, p.2).  As such, Defendants argue they have not yet presented any claim or defense which Plaintiff could argue would not be supported by material facts or existing law.  Therefore,

Defendants believe Plaintiff's request for attorneys' fees is "immaterial, impertinent, and premature." (Doc. 14, p.2).  Plaintiff responds by pointing out that he is not seeking attorneys' fees pursuant to Florida Statute §57.105, but rather pursuant to North Carolina Statute §95-25.22, which provides that in actions to recover unpaid wages, "in addition to any judgment awarded plaintiff," the court may "order costs and fees of the action and reasonable attorneys' fees to be paid by the defendant."  N.C. Gen. Stat. §95-25.22(d).  As Defendants have argued no reason to strike the attorneys' fees requested under the North Carolina statute and the Court sees no reason to do so, the Court will deny Defendants' motion at this time.

Accordingly, after due consideration, it is hereby

**ORDERED**:

Defendants' Amended Motion to Strike Request for Attorneys' Fees (Doc. 14) is **DENIED**.

**DONE AND ORDERED** in Chambers in Jacksonville, Florida this  1st  day of December, 2008.

*Monte C. Richardson*
MONTE C. RICHARDSON
UNITED STATES MAGISTRATE JUDGE

Copies to:

Counsel of Record